UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN HOWARD, JOHN BYRNE,
STEVEN SILVIO, MIKE FORD, and
ALL THOSE SIMILARLY SITUATED,
    Plaintiffs,

    v.                                Civil Action No. 1:21-cv-10497-IT

CITY OF MEDFORD,
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

TALWANI, D.J.

The Court having been advised by counsel that the above-entitled action has been settled;

**IT IS ORDERED** that the action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within sixty (60) days if settlement is not consummated.

                                                By the Court,

Dated: April 6, 2022                     /s/Danielle Kelly
                                                Deputy Clerk